## Helen Ricke, Plaintiff-Appellee, v. Cyril Ricke, Defendant-Appellant.

Gen. No. 69–27.

Second District.
August 31, 1970.

Paul T. Kalinich and Edward Van de Houten, Jr., of Glen Ellyn, for appellant; Robert Hotte, of Glen Ellyn, for appellee. Opinion by JUSTICE THOMAS J. MORAN. Not to be published in full.